GAIL E. STOCK
Jameson and Dunagan, P.C.
3890 W. Northwest Highway, Suite 600
Dallas, Texas  75220
(214) 369-6422 - phone
(214) 369-9175 - fax

Attorney for Movant
GENESIS TEAM, LLC


10/14/2010

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 09-42143-BTR-13 |
| SHANNON SUTTEE | § | |
| | § | |

**ORDER GRANTING APPLICATION FOR PAYMENT OF DIVIDEND
FROM UNCLAIMED FUNDS**

The Court having considered the Application for Payment of Dividend from Unclaimed Funds file by Claimant, GENESIS TEAM, LLC, 11554 E. Northwest Highway, Dallas, Texas 75218, for payment of a dividend from unclaimed funds in the amount of $1,004.00, and, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 202.

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

Signed this _____ day of _____, 2010.

_____
BANKRUPTCY JUDGE

Signed on 10/14/2010

*Brenda T. Rhoades* MD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

APPROVED:

/s/ Gail E. Stock
GAIL E. STOCK, Attorney for Movant